Ralph Capaldo, Appellant, v. Israel Stein, Respondent, et al., Defendant.—

Concur — Breitel, J. P., Bastow, Botein, Rabin and Bergan, JJ.